UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOERON SMITH,<br>　　　　Plaintiff,<br>　　v.<br>TERRY PETERSON,<br>　　　　Defendant. | Case No. 18-cv-06817-JST<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 11 |

On February 6, 2019, Magistrate Judge Kandis Westmore ordered pro se Plaintiff Joeron Smith to show cause why this case should not be dismissed, noting that various court orders mailed to Smith had been returned as undeliverable. ECF No. 8; *see also* ECF Nos. 6, 7. When the order to show cause was also returned as undeliverable, Judge Westmore issued a report on March 15, 2019, recommending that the Court dismiss the case without prejudice pursuant to Civil Local Rule 3-11(b). ECF No. 11. This report, too, was returned as undeliverable. ECF No. 16.

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the Court hereby dismisses the case without prejudice. *See* Civil L.R. 3-11(b).

**IT IS SO ORDERED.**

Dated: April 4, 2019

_____
JON S. TIGAR
United States District Judge